UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARY BELL, *et al.* | ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | No. 1:15-cv-02062-TWP-MPB |
| PENSION COMMITTEE OF ATH HOLDING COMPANY, LLC, *et al.* | ) ) ) ) | |
| Defendants. | ) | |

**MAGISTRATE JUDGE'S ORDER ON
TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate Judge, by telephone, at 9:30 a.m., Indianapolis time (EDT), on October 31, 2016, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

Thereafter, the following **ORDER** is entered:

1. A **TELEPHONIC STATUS CONFERENCE** is set for **MONDAY, DECEMBER 5, 2016**, at 2:45 p.m., Indianapolis time (EST), before the Honorable Matthew P. Brookman, United States Magistrate Judge. **The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.**

This order has been formulated after a conference at which the respective parties have appeared. Any party shall file any corrections or additions within fourteen (14) days after receipt of this order.

**SO ORDERED.**

**Dated:** October 31, 2016

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**