UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARY BELL, JANICE GRIDER, CINDY PROKISH, JOHN A. HOFFMAN, AND PAMELA M. LEINONEN,<br><br>Plaintiffs,<br><br>v.<br><br>ATH HOLDING COMPANY, LLC; BOARD OF DIRECTORS OF ATH HOLDING COMPANY, LLC; and PENSION COMMITTEE OF ATH HOLDING COMPANY,<br><br>Defendants. | Case No. 1:15-cv-02062-TWP-MPB<br><br>District Court Judge Tanya Walton Pratt<br><br>Magistrate Judge Matthew P. Brookman |

### DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LIST

Defendants hereby submit their preliminary witness and exhibit list pursuant to the acknowledged Joint Notice Regarding Agreed Proposed Case Management Plan Deadlines. (ECF No. 122.) Defendants will file a final witness and exhibit list on January 16, 2019. This preliminary witness and exhibit list is based on information known to Defendants at this time, and is subject to change.

**I.   Preliminary Witness List**

Defendants preliminarily identify the following witnesses. Defendants do not represent that they will call each of these witnesses at trial.

1.   The named Plaintiffs: John Hoffman, Mary Bell, Pamela Leinonen, Cindy Prokish, and Janice Grider;

2.   The expert witnesses disclosed by Defendants: Priscilla Ryan, Steven Grenadier, Steven Gissiner, and Jennifer Conrad;

2

3. Current and/or former members of the Pension Committee of ATH Holding Company, LLC (the "Pension Committee"), including Sandra Miller, John Gallina, Randal Brown, Jose Tomas, Scott Anglin, Diane Seaman, Ronald Penczek, and Keith Passwater;

4. Current and/or former members of the Board of Directors of ATH Holding Company, LLC (the "Board"), including Wayne DeVeydt, Carter Beck, Cathy Kelaghan, and John Gallina;

5. Current and/or former employees of Anthem with knowledge of the Plan and its operations, including Scott Anglin, Andrew Bauer, Christiaan Keating, Michael Harrison, Scott Hutchison, Joanne Imel, David Kretschmer, James Mattingly, Marc Nathan, Lisa Ooley, Mark Sabin, Vince Scher, Kelley Soper, Jacquelyn Wolf, and Pamela Ventura;

6. The Plan's recordkeeper, the Vanguard Group ("Vanguard"), by deposition testimony;

7. Individuals familiar with the Plan as a result of their employment with Vanguard, including George Heming and Steven McFalls;

8. Individuals familiar with the Pension Committee's monitoring of Plan fees, including Alan Vorchheimer of Buck Consultants, and Craig Rosenthal of Fiduciary Benchmarks, as well as any individuals contained on Plaintiffs' preliminary exhibit list, including Roger Rovell, Christopher Witteman, Brian Murphy, Kyle Jackson, Andrew Rosenberg, and Sandra Pappa;

9. Recordkeepers for Conduent, Fiduciary Benchmarks, Mercer, Morgan Stanley, Towers Watson, and Vanguard;

51854353v.6

10.    Other witnesses necessary for authentication and foundation for admission of other documents identified through discovery into evidence[1];

11.    Witnesses necessary for impeachment or rebuttal;

12.    Witnesses identified on Plaintiffs' witness list or called by Plaintiffs to testify at trial.

Defendants' preliminary witness list represents a good faith effort to identify witnesses that Defendants reasonably believe they may call to support their defenses or refute Plaintiffs' claims. Defendants reserve the right to supplement and/or amend this list. Further, Defendants' designations do not constitute a waiver of any right to object to witnesses called by Plaintiffs to testify at trial. Thus, this preliminary witness list does not constitute a waiver of any rights.

## II.    Preliminary Exhibit List

Defendants preliminarily identify the following categories of exhibits. Defendants do not represent that they will introduce all documents that satisfy the following descriptions at trial.

1.    The Plan documents and trust agreement, and amendments thereto;

2.    Summary plan descriptions, summaries of material modifications, participant communications, and Plan Information documents provided to Plan participants;

3.    Written resolutions and consents of the Board, including those appointing Pension Committee members;

4.    Pension Committee meeting minutes, and materials prepared for, considered by or presented to the Pension Committee;

5.    The Pension Committee charter, delegations of authority, outlines of roles and responsibilities, and the Plan's Investment Policy Statements;

---

[1] These witnesses will only be required to the extent the Parties are not able to reach stipulation regarding the admissibility of Defendants' intended exhibits.

6. Fee disclosure summaries and/or all-in fee reports, and other notices regarding fund and Plan recordkeeping and investment management fees and performance provided to the Pension Committee and to Plan participants regarding those Plan fees;

7. Engagement agreements service provider contracts, and correspondence reflecting the engagement of service providers, and documents reflecting the services provided pursuant to those agreements, and fees for services;

8. Fund and trust level documents, prospectuses and overviews, Forms 5500 and other governmental filings related to the Plan and its sponsor and/or service providers;

9. Data or summaries thereof relating to the Plan, fund balances, asset summaries, market activity summaries, participant transaction reports and balance data, and/or trial balance or market reports relating to the Plan;

10. Documents, data, or summaries thereof, showing the named Plaintiffs' account balance, investment allocations, and transaction history;

11. Documents sent to or in the possession of Plaintiffs showing their investments in options available through the Plan as well as those outside the Plan, the information available to Plaintiffs when they made investment decisions, and the reasons for the named Plaintiffs' particular investment selections both within and outside the Plan;

12. Documents produced or in the possession of Plaintiffs reflecting social media or other conversations about the above captioned litigation;

13. Documents reflecting evaluation of the Plan's recordkeeping and/or investment management services and costs by the Pension Committee, its delegates, and/or other outside consultants, including Towers Watson, Buck Consultants, and Fiduciary Benchmarks;

14. Documents concerning fee benchmarking or other analysis of fees for the Plan;

51854353v.6

15. Expert reports and documents, data, or information relied upon by any of the expert witnesses identified by the Parties;

16. Contracts and other agreements between the Plan and Vanguard, and correspondence related to services provided by Vanguard pursuant to the same;

17. All documents used as deposition exhibits in this matter;

18. All documents used as an exhibit in connection with any Parties' filings with the Court in this matter;

19. Documents produced by non-Parties Vanguard, Towers Watson, and/or Conduent HR Consulting, LLC;

20. All discovery requests, discovery responses and deposition testimony in this matter;

21. Stipulations entered into between the Parties in this action;

22. Other relevant e-mail, memos, correspondence, and/or documents produced by the Parties during discovery in this matter.

Defendants' preliminary exhibit list represents a good faith effort to identify exhibits that Defendants reasonably believe they may use to support their defenses or refute Plaintiffs' claims. Defendants reserve the right to supplement and/or amend this list. Further, Defendants' designations do not constitute a waiver of any right to object to any exhibits introduced by Defendants. Thus, this preliminary exhibit list does not constitute a waiver of any rights.

51854353v.6

**DATED: November 16, 2018**         Respectfully submitted,

DEFENDANTS ATH HOLDING
COMPANY, LLC; BOARD OF
DIRECTORS OF ATH HOLDING
COMPANY, LLC; and PENSION
COMMITTEE OF ATH HOLDING
COMPANY, LLC

By: s/Ada W. Dolph
    Ada W. Dolph
    adolph@seyfarth.com
    Ian H. Morrison
    imorrison@seyfarth.com
    Shannon Callahan
    scallahan@seyfarth.com

SEYFARTH SHAW LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

Attorneys for Defendants

6

51854353v.6

**CERTIFICATE OF SERVICE**

I hereby certify that I served this document on all counsel of record via ECF filing on November 16, 2018, to:

Aaron E. Schwartz
aschwartz@uselaws.com
Jerome J. Schlichter
jschlichter@uselaws.com
Troy A. Doles
tdoles@uselaws.com
Heather Lea
hlea@uselaws.com
Michael A. Wolff
mwolff@uselaws.com
Andrew D. Schlichter
aschlichter@uselaws.com
Kurt C. Struckhoff
kstruckhoff@uselaws.com
Sean Soyars
ssoyars@uselaws.com
Alexander L. Braitberg
aschlichter@uselaws.com

SCHLICHTER BOGARD & DENTON, LLP
100 South Fourth Street
Suite 1200
St. Louis, MO 63102

*Attorneys for Plaintiffs*

s/Ada W. Dolph