UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARY BELL et al., *Plaintiffs*, v. ATH HOLDING COMPANY, LLC et al., *Defendants.* | Case No. 1:15-cv-02062-TWP-MPB |

## CONSENT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

Plaintiffs move this Court for final approval of the Class Action Settlement and move the Court for the entry of the submitted proposed Final Order. Defendants consent to this motion.

For Plaintiffs' part, this motion is supported by Plaintiffs' Memorandum in Support of Joint Motion for Preliminary Approval of Class Settlement (Doc. 368); this Court's Order preliminarily approving this Settlement (Doc. 370); Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards for Named Plaintiffs (Doc. 372); the Declaration of Abigail Schwartz, Program Manager at Rust Consulting, the Settlement Administrator; the Statement of Newport Trust Company serving as the Independent Fiduciary, approving the Settlement, including attorneys' fees and expenses (attached to Plaintiffs' Memorandum as Exhibit 1); and Plaintiffs' accompanying memorandum in support of this motion.

Defendants have not joined in the accompanying memorandum filed by Plaintiffs in support of this motion but do consent to the relief sought in this motion.

Dated:  August 21, 2019

Respectfully submitted,

/s/ Troy A. Doles
SCHLICHTER BOGARD & DENTON, LLP
Jerome J. Schlichter*
Troy A. Doles*
Heather Lea*
100 South Fourth Street, Ste. 1200
St. Louis, MO 63102
Phone: (314) 621-6115
Fax: (314) 621-5934
jschlichter@uselaws.com
tdoles@uselaws.com
hlea@uselaws.com
*admitted *pro hac vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2019, this document was filed through the ECF system and will be sent electronically to the following registered participants:

Ian H. Morrison
imorrison@seyfarth.com
Ada W. Dolph
adolph@seyfarth.com

Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448

and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: None.

/s/ Troy A. Doles